UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-05300.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The Petkov Management LLC 401K Plan ("Petkov Management Plan") and Svetlin Petkov ("Petkov") hereby stipulate and agree that SKAT's action against Defendants Petkov Management Plan and Petkov, captioned *Skatteforvaltningen v. The Petkov Management LLC 401K Plan, et al.*, No. 18-cv-05300, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
       May 19, 2023

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
    POULOS LOPICCOLO PC
    311 West 43rd St., 11th Fl., Ste. 124
    New York, NY 10036
    Telephone: (646) 931-0011
    Fax: (732) 358-0180
    lopiccolo@pllawfirm.com

*Counsel for The Petkov Management LLC 401K Plan and Svetlin Petkov*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

5/23/23